IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 04-cv-01839-MSK-MJW

JOAN LANDAHL,

    Plaintiff,

v.

HARMON, INC., d/b/a Gump Glass, a Minnesota corporation,

    Defendant.

_____

**ORDER TO DISMISS WITH PREJUDICE AND DIRECTING CLOSURE OF FILE**
_____

The Court has considered the Stipulation to Dismiss With Prejudice **(#32)**. Finding good cause, the Court GRANTS the motion. Accordingly, this case is dismissed with prejudice. The Clerk shall close this matter.

DATED this 21st day of November, 2005.

                                            **BY THE COURT:**

*[signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge